**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 21-87-DLB-HAI**

**JAMES KLINE MYERS**                                                                                        **PLAINTIFF**

v.                     **ORDER ADOPTING RECOMMENDED DISPOSITION**

**JAMES DALEY**                                                                                                       **DEFENDANT**

* * * * * * * * * * * * * * * * * *

This matter is before the Court upon the November 22, 2022, Recommended Disposition of United States Magistrate Judge Hanley A. Ingram (Doc. # 56) wherein he recommends that Defendant's unopposed Motion for Summary Judgment (Doc. # 48) be granted.

No objections having been filed, and the time to do so having now expired, the Recommended Disposition is ripe for the Court's consideration.[1] The Court having reviewed the Recommended Disposition, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

---

[1] On January 3, 2023, Judge Ingram's Recommended Disposition was returned as undeliverable to Myers, even though it had been entered on November 22, 2022. (Doc. # 57). Myers has failed to file any response to Defendant's Motion for Summary Judgment or to update his address since May 2022. Judge Ingram warned Myers that "[f]ailure to timely respond [to the Motion for Summary Judgment] may provide grounds for granting that motion." (Doc. # 53 at 2). The Ohio Department of Rehabilitation and Correction's searchable database indicates that Myers is no longer incarcerated and that he is on supervised release, yet he has not made any filings or updated his address.

1

(1)     The Magistrate Judge's Recommended Disposition (Doc. # 56) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant's Motion for Summary Judgment (Doc. # 48) is hereby **GRANTED**;

(3)     This matter is **DISMISSED with prejudice** and **STRICKEN** from the Court's active docket; and

(4)     The Court will enter a corresponding Judgment with this Order.

This 9th day of January, 2023.

Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Cov2021\21-87 Order Adopting R&R.docx